**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    BP Automotive LP d/b/a Bossier Dodge  **V.**  RML Waxahachie
                        Dodge, L.L.C.; RML Waxahachie Ford, L.L.C.; RLJ-McLarty-
                        Landers Automotive Holdings, L.L.C.; and RML Waxahachie GMC,
                        L.L.C.

Appellate case number:    01-12-00085-CV

Trial court case number:    10030B

Trial court:              87th District Court of Freestone County

Date motion filed:        10/03/14

Party filing motion:      Appellant

   It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: <u>Sherry Radack</u>
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: <u>Chief Justice Radack and Justices Higley and Huddle.</u>


Date:  <u>December 2, 2014</u>